**Order filed April 24, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00790-CR
_____

**JASON ALEXANDER SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 06-DCR-044730A**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 71A, a CD.**

The clerk of the 240th District Court is directed to deliver to the Clerk of this court the original of **State's Exhibit 71A, a CD**, on or before **Monday**, **May 05, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit 71A, a CD**, to the clerk of the 240th District Court.


PER CURIAM